**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MoonBikes Motors Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3175816** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **c/o Registered Agent Solutions, Inc.** **838 Walker Road, Suite 21-2** **Dover, DE 19904** Number, Street, City, State & ZIP Code | **Ms. Claire Plais** **124 Roma Ct.** **Marina Del Rey, CA 90292** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kent** County | **Location of principal assets, if different from principal place of business** **4901 Marshal Street Wheat Ridge, CO 80033** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://moonbikes.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | MoonBikes Motors Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4412**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **MoonBikes Motors Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **3 Lithium Batteries at Coloradao storage site**

**Where is the property?**    **4907 Marshall St.**
                            **Wheat Ridge, CO, 80033-0000**

                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.    Insurance agency    **Property First Group, LP,**

            Contact name

            Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **MoonBikes Motors Inc.**                                          Case number (*if known*) _____
_____
Name

| 16. | **Estimated liabilities** | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/15/2024
    MM / DD / YYYY

X  *N. Muron*
Signature of authorized representative of debtor

Title    **Chief Executive Officer**

**Nicolas Muron**
Printed name

**18. Signature of attorney**

X    */s/ Michael Busenkell*
Signature of attorney for debtor

Date    05/15/2024
    MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street
Suite 300
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-425-5812**    Email address    **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT
## OF
## MOONBIKES MOTORS

_____

### May 14, 2024

The undersigned, MOONBIKES MOTORS, (hereinafter referred to as "MOONBIKES MOTORS"), a simplified joint stock company (*Société par actions simplifiée*) with share capital of € 26,561.50,incorporated under the laws of France, registered in the ANNECY Trade and Companies Register under number 843 412 800, with registered office at Saint-Nicolas de Véroce 210, route des Plans, SAINT-GERVAIS-LES-BAINS (74170) FRANCE,

Represented by SELARL MJ ALPES, a limited liability company (*Société d'Exercice Libéral à Responsabilité Limitée*), with share capital of € 2,117, incorporated under the laws of France, registered with the VIENNE Trade and Companies Register under number 830 490 413, having its registered office at rue de la Libération in BOURGOIN-JALLIEU (38300), with its secondary office at 20, boulevard du Lycée in ANNECY (74000), acting as liquidator (the "Liquidator") of MOONBIKES MOTORS, following a judgment handed down on December 20, 2023 by the ANNECY Commercial Court,

does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the company Delaware Corporation (the "Corporation"), MOONBIKES MOTORS, acting as sole shareholder of the Corporation.

WHEREAS, MOONBIKES MOTORS has determined that the Corporation is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, MOONBIKES MOTORS has determined that it would be in the best interests of the Corporation to file a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Corporation file, as soon as practicable, a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

RESOLVED FURTHER, that Nicolas Muron, (the "Authorized Person"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of MoonBikes Motors Inc. under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Corporation.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf

of the Corporation, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Corporation.

This Action by Written Consent of <u>MOONBIKES MOTORS</u> is to be filed with the minutes of each of the proceedings of the member, and shall have the same force and effect as an action taken at each of a duly convened meeting of the members of the Corporation.

This Action by Written Consent of <u>MOONBIKES MOTORS</u> may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of <u>MOONBIKES MOTORS</u> as of the date first above written.

MOONBIKES MOTORS

**Represented by it's Liquidator SELARL MJ ALPES**
**Maitre Caroline JAL**
**20 boulevard Lycée 74000 Annecy**
**FRANCE**

2

**Fill in this information to identify the case:**

Debtor name    **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Resolutions**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/15/2024          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Nicolas Muron**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **MoonBikes Motors Inc.** _____   Case No. _____
                                      Debtor(s)                 Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................   $ _____ **8,000.00**

    Prior to the filing of this statement I have received .....................   $ _____ **8,000.00**

    Balance Due ....................................................................   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
        **Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to
        Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances
        actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

        **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

05/15/2024 _____          _/s/ Michael Busenkell_
_Date_                                         **Michael Busenkell**
                                               _Signature of Attorney_
                                               **Gellert Seitz Busenkell & Brown, LLC**
                                               **1201 N. Orange Street**
                                               **Suite 300**
                                               **Wilmington, DE 19801**
                                               **302-425-5812  Fax: 302-425-5814**
                                               **mbusenkell@gsbblaw.com**
                                               _Name of law firm_

| Fill in this information to identify the case: |
| --- |
| Debtor name      **MoonBikes Motors Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

---

Part 1:   **Summary of Assets**

---

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................    $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................    $ _____ 60,449.94

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................    $ _____ 60,449.94

---

Part 2:   **Summary of Liabilities**

---

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ 44,364.67

4.   Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b

$ _____ 44,364.67

**Fill in this information to identify the case:**

Debtor name        **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:        DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes  Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **SVB** | **Analysis Checking** | 6417 | $911.29 |
| 3.2. | **Spenddesk Account- payment solutions/payment processing company** | **Payment processing company** | r3RK | $252.15 |
| 3.3. | **WellsFargo** | **Non-Personal Checking** | 8748 | $5,357.48 |
| 3.4. | **Bluesnap Merchant Account/Payment solutions/payment processing company** | **Payment processing company** | 5d9f | $3.50 |
| 3.5. | **Stripe Merchant Deposit/Payment solutions/paymnet processing company** | **Payment Processing Company** | dK8q | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                      | $6,524.42 |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Debtor    **MoonBikes Motors Inc.**                                          Case number *(If known)* _____
_____
Name

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

8.1.    **Prepayment with storage company: Wheat Ridge Self Storage at 4901 Marshall St.,
        Wheat Ridge, Colorado 80033**                                                                        **$218.00**

8.2.    **Prepaid Expenses
        Anthem-$3,550.04
        Guardian-$163.88**                                                                                   **$3,713.92**

9.      **Total of Part 2.**                                                                                 **$3,931.92**
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale**<br>**Inventory Asset**<br>**$65,330.60 (Moonbikes and Batteries)**<br>**Inventory reserve for obsolete  -$15,337.00** | | **$0.00** | **Book Value** | **$49,993.60** |
| 22.    **Other inventory or supplies** | | | | |

| Debtor | **MoonBikes Motors Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 23. | **Total of Part 5.** | | $49,993.60 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **MoonBikes Motors Inc.**                    Case number *(If known)* _____
       Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,524.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,931.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $49,993.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $60,449.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $60,449.94 |

**Fill in this information to identify the case:**

Debtor name   **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|
| Debtor name **MoonBikes Motors Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF DELAWARE** |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Christensen Group Insurance**<br>**9855 West 78th Street**<br>**Suite 100**<br>**Eden Prairie, MN 55344**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **General Liabilty and Umbrella Insurance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,086.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Echos Brand Communications**<br>**P.O. Box 814**<br>**Sausalito, CA 94966**<br><br>Date(s) debt was incurred **4/19/2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $22,705.08 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**EQ Talent**<br>**Attn: Doris Tong Ouyang**<br>**807 Nisqually Dr**<br>**Sunnyvale, CA 94087**<br><br>Date(s) debt was incurred **12/13/2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,800.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Silicon Valley Bank**<br>**P.O. Box 660254**<br>**Dallas, TX 75266-0254**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Global Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,773.59 |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

51816

| Debtor | **MoonBikes Motors Inc.** | Case number (if known) | |
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 44,364.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 44,364.67 |

**Fill in this information to identify the case:**

Debtor name **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada**<br><br>**Aaron Sanders<br>101-151 Cossar Ave<br>Penticton<br>BC- V2A 2V3<br>CANADA** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Data Driven Fulfillment Solutions/Storage Contract signed on November 19, 2021 - current**<br><br>**All Fulfillment Direct<br>128 Old Brickyard Lane<br>Berlin, CT 06037** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage<br>Current**<br><br>**All Fulfillment Direct<br>260 Wolcott St.<br>New Haven, CT 06513** |

Debtor 1  **MoonBikes Motors Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** |
|   | **Brian Crochetiere** |
|   | **321 6e rue** |
| State the term remaining | **G0Z 1C0- Daveluyville** |
|   | **Quebec** |
| List the contract number of any government contract | **CANADA** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Insurance claim: Two damaged bikes during transport- Moonbikes Inc. received compensation from insurance in December 2023. Our will is to replaces his two bikes with two news ones.** |
| State the term remaining | **Chris Rost** |
|   | **118 Stillwater Ln** |
| List the contract number of any government contract | **Kalispell, MT 59901** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** |
|   | **Christian Beaulieu** |
|   | **249 Avenue Du Parc** |
| State the term remaining | **Magog, Quebec** |
|   | **J1x5v6** |
| List the contract number of any government contract | **CANADA** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** |
|   | **Gary Cohoe** |
|   | **6143 Kenning Place** |
| State the term remaining | **Nanaimo, British Columbia** |
|   | **V97 6A4** |
| List the contract number of any government contract | **CANADA** |

Debtor 1   **MoonBikes Motors Inc.**                                    Case number *(if known)* _____
      First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** | **Glen Rudman**<br>**359 Klukshu Ave**<br>**Whitehorse**<br>**YT Y1A 5G3**<br>**CANADA** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** | **Jean Pettigrew**<br>**Cycle Dubuc**<br>**223 Chemin de la Beauce Beauharnois**<br>**QC, J6N 2N5**<br>**CANADA** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** | **Maxime Vincent**<br>**270 impasse des eaux**<br>**Shawinigan, Quebec**<br>**G9t7j6**<br>**CANADA** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** | **Medhi Laieb**<br>**189 rue des Cedres**<br>**Saint-Victor de beauce**<br>**G0M2BO- Quebec**<br>**CANADA** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada** | **Michelin/Guillaume Boulanger**<br>**Tony Attara**<br>**2675 rue MacPherson**<br>**Magog, QC**<br>**CANADA** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1    **MoonBikes Motors Inc.**                                          Case number *(if known)*
　　　　　　First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　　List the contract number of any government contract | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada**<br><br>**Rural River Rentals**<br>**26105 Meadowview Dr.**<br>**Sturgeon County**<br>**AB T8T 0K9**<br>**CANADA** |
| 2.14.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　　List the contract number of any government contract | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada**<br><br>**Scott Hawthorn**<br>**46 Water Street**<br>**Vancouver**<br>**BC V6B 1A4**<br>**CANADA** |
| 2.15.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　　List the contract number of any government contract | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada**<br><br>**Scott McCulloch/Aldev Holdings**<br>**99 Makada Dr.**<br>**Lively, Ontario**<br>**P3Y1H8**<br>**CANADA** |
| 2.16.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　　List the contract number of any government contract | **TVIS (Temporary Vehicle Importation System) - Temporary importation with Transport Canada**<br><br>**Totaltrac Rentals**<br>**Pacific Northwest Freight Systems**<br>**14410 115 Ave NW**<br>**AB T5M 3B7- Edmonton**<br>**CANADA** |
| 2.17.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　　List the contract number of any government contract | **Storage**<br>**Lease signed December 28, 2023- current**<br><br>**Wheat Ridge Self Storage**<br>**4901 Marshall St.**<br>**Wheat Ridge, CO 80033** |

**Fill in this information to identify the case:**

Debtor name    **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | MoonBikes Motors SAS France<br>c/o SELARL MJ ALPES<br>Caroline JAL<br>20 boulevard du Lycee 74000<br>Annecy FRANCE | 10/12/2023 | $64,960.48 | Transfer to parent company |

Debtor    **MoonBikes Motors Inc.** _____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.   **MoonBikes Motors SAS France** | **10/3/2023** | **$42,944.80** | **Transfer to parent company** |
| 4.3.   **MoonBikes Motors SAS France** | **10/30/2023** | **$32,629.35** | **Transfer to parent company** |
| 4.4.   **MoonBikes Motors SAS France** | **10/20/2023** | **$32,572.80** | **Transfer to parent company** |
| 4.5.   **MoonBikes Motors SAS France** | **11/7/2023** | **$21,897.20** | **Transfer to parent company** |
| 4.6.   **MoonBikes Motors SAS France** | **11/15/2023** | **$22,271.18** | **Transfer to parent company** |
| 4.7.   **MoonBikes Motors SAS France** | **11/22/2023** | **$77,966.00** | **Transfer to parent company** |
| 4.8.   **MoonBikes Motors SAS France** | **11/28/2023** | **$101,516.40** | **Transfer to parent company** |
| 4.9.   **MoonBikes Motors SAS France** | **12/8/2023** | **$33,208.32** | **Transfer to parent company** |
| 4.10.  **MoonBikes Motors SAS France** | **12/8/2023** | **$33,190.32** | **Transfer to parent company** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | MoonBikes Motors Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1. Gellert Seitz  Busenkell & Brown, LLC<br>1201 N. Orange Street<br>Suite 300<br>Wilmington, DE 19801** | | **1/19/2024** | **$8,338.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

| Debtor | **MoonBikes Motors Inc.** | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1434 Spruce Street Suite 100 Boulder, CO 80302** | **12/20/2021-5/25/2022** |
| 14.2. | **1725 Walnut Street Boulder, CO 80302** | **5/25/2022-5/25/2023** |
| 14.3. | **1668 Valtec Ln. Boulder, CO 80302** | **10/6/2023-1/1/2024** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Names**
> **Addresses**
> **Phone Numbers**
> **Email Addresses**
> **(No social security numbers)**
>
> Does the debtor have a privacy policy about that information?
> ☐ No
> ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | MoonBikes Motors Inc. | Case number (if known) | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **SVB (CAD)**<br>**181 Bay St., Suite 4220**<br>**Toronto**<br>**ON M5J 273**<br>**CANADA** | **XXXX-8124** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on June 2023** | **$115.13** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Wheat Ridge Self Storage**<br>**4901 Marshall St.**<br>**Wheat Ridge, CO 80033** | **Robert Love: 1668 Valtec Lane, Boulder CO 80301** | **9 Moonbikes without batteries, (4 used) (5 used/non working)**<br>**3 Batteries 45 amp**<br><br>**Tools at storage unit:**<br>**-hand tools-$50**<br>**-heat gun-$20**<br>**-solder iron kit-$75**<br>**-ratchet/socket set--$50**<br>**-cordless drill kit-$100**<br>**-rear-axle motorcycle lift x2-$100**<br>**-pallet jack-$200**<br>**-dolly-$100**<br>**-non-inventoried fasteners/hardware/trailer accessories-$200**<br>**2 computers**<br>**6 monitors** | ☐ No<br>■ Yes |
| **All Fulfillment Direct**<br>**128 Old Brickyard Lane**<br>**Berlin, CT 06037** | **Robert Love** | **1 new Moonbike without battery** | ☐ No<br>■ Yes |

Debtor    **MoonBikes Motors Inc.**                                  Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **All Fulfillment Direct**<br>**260 Wolcott St.**<br>**New Haven, CT 06513** | **Robert Love** | | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Debtor    __MoonBikes Motors Inc._____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Malom Consulting**<br>**Attn: Barbara Uzzan**<br>**8788 Shoreham Dr.**<br>**Unit 11**<br>**West Hollywood, CA 90069** | **March 7, 2022 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **MOONBIKES MOTORS SAS, Represented by**<br>**SELARL MJ ALPES**<br>**Maitre Caroline JAL**<br>**20 boulevard du Lycée 74000**<br>**Annecy FRANCE** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **SELARL MJ ALPES**<br>**Maitre Caroline JAL**<br>**20 boulevarddu  Lycée 74000**<br>**Annecy FRANCE** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **MOONBIKES MOTORS SAS, Represented by**<br>**SELARL MJ ALPES**<br>**Maitre Caroline JAL**<br>**20 boulevard du Lycée 74000**<br>**Annecy FRANCE** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **MoonBikes Motors Inc.** _____   Case number _(if known)_ _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SELARL MJ ALPES** | **Caroline JAL**<br>**20 boulevard du Lycée 74000**<br>**Annecy FRANCE** | **Since its liquidation, MoonBikes Motors Inc is owned by the French liquidator:**<br>**SELARL MJ ALPES**<br>**Maitre Caroline JAL**<br>**20 boulevard du Lycée**<br>**74000 Annecy  FRANCE** | **100%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Nicolas Muron** | **4 passage du rampon**<br>**74000 Annecy**<br>**FRANCE**<br>**nicolas@moonbikes.com** | **CEO** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **MoonBikes Motors SAS France** | | | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Robert Love** | **2727 Nelson Rd.**<br>**Apt I- 108**<br>**Longmont, CO 80503** | **VP of Operations** | **Terminated on March 22, 2024** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Joseph Sweet** | **1842 Canyon Blvd.**<br>**Unit 105**<br>**Boulder, CO 80302** | **VP of Sales** | **Terminated on January 26, 2024** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Jason Bonser** | **438 Corona St.**<br>**Denver, CO 80218** | **General Manager** | **Terminated on April 14, 2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

**Fill in this information to identify the case:**

Debtor name  **MoonBikes Motors Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/15/2024

_____
Signature of individual signing on behalf of the debtor

**Nicolas Muron**
Printed name

Position or relationship to debtor  **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re   **MoonBikes Motors Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   05/15/2024

**Nicolas Muron**/**Chief Executive Officer**
Signer/Title

MoonBikes Motors Inc.
Ms. Claire Plais
124 Roma Ct.
Marina Del Rey, CA 90292

Michael Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

Aaron Sanders
101-151 Cossar Ave
Penticton
BC- V2A 2V3
CANADA

All Fulfillment Direct
128 Old Brickyard Lane
Berlin, CT 06037

All Fulfillment Direct
260 Wolcott St.
New Haven, CT 06513

Brian Crochetiere
321 6e rue
G0Z 1C0- Daveluyville
Quebec
CANADA

Chris Rost
118 Stillwater Ln
Kalispell, MT 59901

Christensen Group Insurance
9855 West 78th Street
Suite 100
Eden Prairie, MN 55344

Christian Beaulieu
249 Avenue Du Parc
Magog, Quebec
J1x5v6
CANADA

Echos Brand Communications
P.O. Box 814
Sausalito, CA 94966

EQ Talent
Attn: Doris Tong Ouyang
807 Nisgually Dr
Sunnyvale, CA 94087

Gary Cohoe
6143 Kenning Place
Nanaimo, British Columbia
V97 6A4
CANADA

Glen Rudman
359 Klukshu Ave
Whitehorse
YT Y1A 5G3
CANADA

Jean Pettigrew
Cycle Dubuc
223 Chemin de la Beauce Beauharnois
QC, J6N 2N5
CANADA

Maxime Vincent
270 impasse des eaux
Shawinigan, Quebec
G9t7j6
CANADA

Medhi Laieb
189 rue des Cedres
Saint-Victor de beauce
G0M2BO- Quebec
CANADA

Michelin/Guillaume Boulanger
Tony Attara
2675 rue MacPherson
Magog, QC
CANADA

Rural River Rentals
26105 Meadowview Dr.
Sturgeon County
AB T8T 0K9
CANADA

Scott Hawthorn
46 Water Street
Vancouver
BC V6B 1A4
CANADA

Scott McCulloch/Aldev Holdings
99 Makada Dr.
Lively, Ontario
P3Y1H8
CANADA

Silicon Valley Bank
P.O. Box 660254
Dallas, TX 75266-0254

Totaltrac Rentals
Pacific Northwest Freight Systems
14410 115 Ave NW
AB T5M 3B7- Edmonton
CANADA

Wheat Ridge Self Storage
4901 Marshall St.
Wheat Ridge, CO 80033

# United States Bankruptcy Court
## District of Delaware

In re    **MoonBikes Motors Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MoonBikes Motors Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Moon Bikes Motors SAS France
c/o SELARL MJ ALPES
Maitre Caroline JAL
20 boulevard du Lycee 74000
Annecy FRANCE**

☐ None [*Check if applicable*]

05/15/2024
_____

Date

*/s/ Michael Busenkell*
_____

**Michael Busenkell**

Signature of Attorney or Litigant

Counsel for   **MoonBikes Motors Inc.**

**Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
302-425-5812 Fax:302-425-5814
mbusenkell@gsbblaw.com**